# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ENRIQUE ZANETTI, | Case No. EDCV 17-1232-DMG (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: April 16, 2019

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE